## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**WAYNE MUSGROVE**                                                                                      **PLAINTIFF**

**VS.**                                                                    **CIVIL ACTION NO. 3:06CV378LS**

**MERCK & CO., INC. and BRANDY QUINN**                                           **DEFENDANTS**

### ORDER GRANTING STAY PENDING TRANSFER DECISION
### BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

This cause came before the court on the Motion filed by Defendant Merck & Co., Inc. To stay all pre-trial proceedings in this action pending a decision by the Judicial Panel on Multi-District Litigation on whether to transfer this case to *In re VIOXX Products Liab. Litig.* (MDL -1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX®.  The court, having considered the Motion and the entire record in this cause, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that all pre-trial proceedings in this action shall be stayed, pending a decision by the Judicial Panel on Multi-District Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

IT IS SO ORDERED, this the 21st day of July, 2006.

                                                  S/James C. Sumner
                                    UNITED STATES MAGISTRATE JUDGE